UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

\*Nov 7 2005\*

BROOKLYN OFFICE

------------------------------------------------------------X

UNITED STATES OF AMERICA,

                  Plaintiff,

JUDGMENT
05-CV- 0822 (JG)

-against-

MATTHEW L. KUROVICS,

                  Defendant.

------------------------------------------------------------X

An Order of Honorable John Gleeson, United States District Judge, having been filed on November 1, 2005, granting plaintiff's motion for a default judgment; and directing the Clerk of Court to enter judgment in favor of plaintiff and against defendant, Matthew L. Kurovics in the amount of $6,669.30; it is

ORDERED and ADJUDGED that plaintiff's motion for a default judgment is granted; and that judgment is hereby entered in favor of plaintiff, United States of America, and against defendant, Matthew L. Kurovics in the amount of $6,669.30.

Dated: Brooklyn, New York
         November 03, 2005

                                              s/Robert C. Heinemann
                                              ROBERT C. HEINEMANN
                                              Clerk of Court